B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re FRANK KUKA ,    Case No. 19-14593-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JEFFERSON CAPITAL SYSTEMS, LLC | FIRST ASSOCIATES LOAN SERVICING, LLC AS AGENT FOR LENDING USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

Phone: 800-928-7314
Last Four Digits of Acct #: 1165

Court Claim # (if known): 2
Amount of Claim: $15,065.46
Date Claim Filed: 04/15/2019

Phone: 888-784-6048
Last Four Digits of Acct. #: 1165

Name and Address where transferee payments should be sent (if different from above):
Jefferson Capital Systems, LLC
PO Box 772813
Chicago, IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 1165

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Loc Dinh    Date: 01/17/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.